## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois - CM/ECF LIVE, Ver 2.5
### Eastern Division

Diane L Klipfel, et al.

        Plaintiff,

v.     Case No.: 1:94-cv-06415
      Hon. Blanche M. Manning

Robert Rubin, et al.
        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December l, 2005:

     MINUTE entry before Judge Blanche M. Manning :Defendant City of Chicago's motion for an extension of time to 1/27/06 to serve its reply in support of its motion for summary judgment including its response to plaintiffs' local Rule 56.1(b)(3)(B) statement of additional undisputed facts [252] is granted. The fully briefed motion shall then be filed by 1/30/06. Each side shall file their respective briefs by the filing date given, and provide the court with 2 additional courtesy copies. Additional requests for extension will be disfavored. Mailed notice(rth, )

ATTENTION: This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov.*