AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Diane Klipfel, Michael Casali

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 94 C 6415

City of Chicago, Joseph
Miedzianowski

- ■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Diane Klipfel and Michael Casali and against defendants City of Chicago and Joseph Miedzianowski in the total amount of $9,750,000.00

Michael W. Dobbins, Clerk of Court

Date: 2/22/2007

_____
/s/ Robbie Hunt, Deputy Clerk