# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

<u>DISMISSAL PER FRAP 42(b)</u>

**CERTIFIED COPY**

Date: December 5, 2007

By the Court:

No. 07-3212 and 07-3330

DIANE L. KLIPFEL and MICHAEL V. CASALI,
       Plaintiffs - Appellees

  v.

CITY OF CHICAGO and JOSEPH J. MIEDZIANOWSKI,
       Defendants - Appellants

**FILED**
DEC 1 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Appeals from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 94 C 6415, Blanche M. Manning, Judge

    Upon consideration of the **MOTION TO DISMISS** filed by the appellants on 12/3/07,

    **IT IS ORDERED** that this cause is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

(1025-110293)

A True Copy:
    Teste:

_____
Clerk of the United States
Court of Appeals for the
Seventh Circuit.