

# United States District Court
## For the Northern District of Illinois
## Eastern Division

| | | |
|---|---|---|
| KLIPFEL, et al | } | Case No. 94cv6415 |
| vs. | } | Judge: MANNING |
| BENSTEN, et al | } | Mag: LEVIN |

**FILED** JUL 21 2009 TG
Jul 21, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Notice of Removal of Material
## From the Custody of the Clerk's Office

The following item(s) was/were removed from the custody of the Clerk's Office by the undersigned, who is representing (PLAINTIFF) party: Diane L Klipfel

Doc 263 - 56.1(b)(2) EXHIBITS (10 volumes)

Doc 264 - Exhibit List A through S by plaintiffs and defendants

Doc 265 - SUPPLEMENTAL Exhibit List T and U by plaintiffs and defendants

Doc 518 - TRIAL EXHIBITS by Plaintiffs Diane L Klipfel, Michael V Casali (Two (2) Volumes); Notice. (Document not scanned). [518-1 through 518-2].

Doc 519 - AUDIO/VISUAL Played at Trial by Plaintiffs Diane L Klipfel, Michael V Casali.

I, Meghan Timmerman (Print Name), am authorized to remove the above described document(s) from the court.

Signature: Meghan Timme——        Firm: LOFTUS & SALTZBERG P.C.

By: _____        Date: 07/21/2009

Deputy Clerk, Travis Grammer